**Order entered August 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01355-CR

**BENJAMIN ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 31815-86**

## ORDER

The Court **REINSTATES** the appeal.

On July 21, 2014, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On July 28, 2014, we received appellant's brief and on August 1, 2014, appellant filed an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the July 21, 2014 order requiring findings.

We **GRANT** the August 1, 2014 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE